NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHAWANDA R. MURRY,**
*Petitioner,*

v.

**DEPARTMENT OF JUSTICE,**
*Respondent.*

---

2010-3117

---

Petition for review of the Merits Systems Protection Board in case no. AT1221100381-W-1.

---

**ON MOTION**

---

**ORDER**

Shawanda R. Murry moves for this court to direct the Department of Justice to provide her certain documents and also moves for an extension of time to file her informal brief. The Department of Justice (DOJ) responds.

DOJ states that it has provided to Murry the documents she requests.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to direct DOJ to provide documents is moot.

(2) The motion for an extension of time is granted. Murry's informal brief is due within 45 days from the date of filing of this order.

FOR THE COURT

JUL 2 7 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Shawanda R. Murry
Jeffrey D. Klingman, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 7 2010

JAN HORBALY
CLERK